Elliott Williams #481914
2661 Fm 2054 Coffield Unit
Tenn Colony, Tx 75884

cc/file

To: Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street Suite 354
Tyler, Texas, 75702

Jan 5th 2015

FILED IN COURT OF APPEALS
12th Court of Appeals District
JAN 08 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

RE: Case Number 12-14-00320-CV
Trial court case number:
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

Styled: Elliott Williams
v.
Texas Dept. of Criminal Justice

Dear Ms. Lusk:
    I received today letter Acknowledging receipt of Request of Pro se motion for an Additional 10 days in which to file leave to proceed for new Trial. I should think that by now the court has received that motion for leave to proceed.

I also received a white card from the Texas supreme court Giving me an additional case No 14-1039 stating they Received 12-19-2014 motion for extension of Time to file petition for review pursuant to rule 53.7 (F) in the above styled and numbered case. I haven't maneuvered the 12th court of Appeals yet where Does the Texas supreme court come in at as were made no petition or Appeals to that court yet, I stand a bit confused as to where all this is coming from is this some sort of mistake or what. I please advise

Thank you

/s/ Elliott Williams #481914